| | |
|---|---|
| 1 | THEODORE PARKER, III, ESQ. |
| | Nevada Bar No. 004716 |
| 2 | YADIRA R. GIBSON, ESQ. |
| | Nevada Bar No. 008637 |
| 3 | **PARKER NELSON & ASSOCIATES, CHTD.** |
| | 2460 Professional Court, Suite 200 |
| 4 | Las Vegas, Nevada 89128 |
| | Telephone: (702) 868-8000 |
| 5 | Facsimile: (702) 868-8001 |
| | Email: tparker@pnalaw.net |
| 6 | Email: yrios@pnalaw.net |
| | *Attorneys for Defendant* |
| 7 | *Southern Nevada Regional Housing Authority* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AUDREY SPENCER, an Individual,

    Plaintiff,

vs.

STATE OF NEVADA, ex rel. SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, a State Agency,

    Defendants.

Case No.: 2:18-cv-02391-GMN-GWF

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**
**(First Request)**

IT IS HEREBY STIPULATED between Plaintiff AUDREY SPENCER ("Plaintiff"), by and through her counsel of record, Jenny L. Foley, Ph.D., Esq. And Marta D. Kurshumova, Esq. of HKM EMPLOYMENT ATTORNEYS, LLP., and Defendant, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY ("Defendant"), by and through its counsel of record, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq. of the law firm Parker, Nelson & Associates, Chtd. pursuant to LR 6-1, 6-2 and 7-1, that the time for Defendant to file a response to Plaintiff's Complaint on file herein is hereby extended up to and including February 9, 2019 to allow adequate time to investigate the matter and file a response.

1

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as a waiver of any claim or defense by any party.

Dated this 9th, day of January, 2019.  Dated this 9th, day of January, 2019

| **HKM EMPLOYMENT ATTORNEYS, LLP.** | **PARKER NELSON & ASSOCIATES, CHTD.** |
|---|---|
| */s/Jenny L. Foley, Phd., Esq.* <br> JENNY L. FOLEY, PH.D., ESQ. <br> Nevada Bar No.: 9017 <br> MARTA D. KURSHUMOVA, ESQ. <br> Nevada Bar No.: 14728 <br> 1783 East Sahara, Suite 325 <br> Las Vegas, Nevada 89104 <br> (702) 625-3893 <br> Fax No.: (702) 625-3893 <br> *Attorneys for Plaintiff* | */s/ Yadira R. Gibson, Esq.* <br> THEODORE PARKER, III, ESQ. <br> Nevada Bar No. 004716 <br> YADIRA R. GIBSON, ESQ. <br> Nevada Bar No. 008637 <br> 2460 Professional Court, Suite 200 <br> Las Vegas, Nevada 89128 <br> (702) 868-8000 <br> Fax No.: (702) 868-8001 <br> *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 10th, January, 2019.

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**
**(First Request)**