**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AUDREY SPENCER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, a State Agency.<br><br>Defendants. | **CASE NO.: 2:18-cv-02391-GMN-GWF**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff AUDREY SPENCER ("Plaintiff"), by and through her counsel of record, Jenny L. Foley, Ph.D., Esq. and Marta D. Kurshumova, Esq. of HKM EMPLOYMENT ATTORNEYS, LLP., and Defendant, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY ("Defendant"), by and through its counsel of record, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq. of the law firm Parker, Nelson & Associates, Chtd. pursuant to LR 6 1, 6 2 and 7 1, that the time for Defendant to file a response to Plaintiff's Complaint on file herein is hereby extended up to and including March 11, 2019 to allow adequate time to investigate the matter and file a response.

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as a waiver of any claim or defense by any party.

| | |
|---|---|
| Dated this 5th, day of February, 2019. | Dated this 5th, day of February, 2019. |
| **HKM EMPLOYMENT ATTORNEYS, LLP.** | **PARKER NELSON & ASSOCIATES, CHTD.** |
| /s/ Jenny Foley | /s/ Yadira Gibson |
| JENNY L. FOLEY, PH.D., ESQ. | THEODORE PARKER, III, ESQ. |
| Nevada Bar No.: 9017 | Nevada Bar No. 004716 |
| MARTA D. KURSHUMOVA, ESQ. | YADIRA R. GIBSON, ESQ. |
| Nevada Bar No.: 14728 | Nevada Bar No. 008637 |
| 1783 East Sahara, Suite 300 | 2460 Professional Court, Suite 200 |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89128 |
| (702) 625-3893 | (702) 868-8000 |
| Fax No.: (702) 625-3893 | Fax No.: (702) 868-8001 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  6th , February 2019.