**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

AUDREY SPENCER, an Individual,

    Plaintiff,

vs.

SOUTHERN NEVADA REGIONAL
HOUSING AUTHORITY, a State Agency.

    Defendants.

**CASE NO.: 2:18-cv-02391-GMN-GWF**

**STIPULATION AND ORDER TO FILE
SECOND AMENDED COMPLAINT
(First Request)**

   IT IS HEREBY STIPULATED between Plaintiff AUDREY SPENCER ("Plaintiff"),

by and through her counsel of record, Jenny L. Foley, Ph.D., Esq. and Marta D. Kurshumova,

Esq. of HKM EMPLOYMENT ATTORNEYS, LLP., and Defendant, SOUTHERN NEVADA

REGIONAL HOUSING AUTHORITY ("Defendant"), by and through its counsel of record,

Theodore Parker, III, Esq. and Yadira R. Gibson, Esq. of the law firm Parker, Nelson &

Associates, Chtd. pursuant to F.R.C.P. 15(a)(2), that Plaintiff shall file the attached Second

Amended Complaint in order to cure a mistake in the caption of the First Amended Complaint.

The new caption will read: AUDREY SPENCER, an Individual, vs. SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY.

Dated this 14th day of February, 2019.     Dated this 14th day of February, 2019.

**HKM EMPLOYMENT ATTORNEYS, LLP.**    **PARKER NELSON & ASSOCIATES, CHTD.**

*/s/ Jenny Foley*
JENNY L. FOLEY, PH.D., ESQ.
Nevada Bar No.: 9017
MARTA D. KURSHUMOVA, ESQ.
Nevada Bar No.: 14728
1783 East Sahara, Suite 300
Las Vegas, Nevada 89104
(702) 625-3893
Fax No.: (702) 625-3893
*Attorneys for Plaintiff*

*/s/ Yadira Gibson*
THEODORE PARKER, III, ESQ.
Nevada Bar No. 004716
YADIRA R. GIBSON, ESQ.
Nevada Bar No. 008637
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
(702) 868-8000
Fax No.: (702) 868-8001
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of February, 2019.