THEODORE PARKER, III, ESQ.
Nevada Bar No. 004716
YADIRA R. GIBSON, ESQ.
Nevada Bar No. 008637
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone:   (702) 868-8000
Facsimile:    (702) 868-8001
Email: tparker@pnalaw.net
Email: yrios@pnalaw.net
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUDREY SPENCER, | Case No.: 2:18-cv-02391-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, | |
| Defendants. | |

Plaintiff Audrey Spencer ("Plaintiff"), by and through her counsel of record, Jenny L. Foley, Ph.D., Esq. and Marta D. Kurshumova, Esq., of HKM EMPLOYMENT ATTORNEYS LLP and Defendant SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY ("Defendant"), by and through its counsel of record, Theodore Parker, III, Esq., and Yadira R. Gibson, Esq., of the law firm of PARKER NELSON & ASSOCIATES, CHTD., hereby stipulate and agree that this entire action shall be dismissed WITH PREJUDICE, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

IT IS SO STIPULATED.

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **PARKER NELSON & ASSOCIATES, CHTD.** |
| */s/ Marta D. Kurshumova, Esq.* | */s/Yadira R. Gibson, Esq.* |
| JENNY L. FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>MARTA D. KURSHUMOVA, ESQ.<br>Nevada Bar No. 14728<br>*Attorneys for Plaintiff* | THEODORE PARKER, III, ESQ.<br>Nevada Bar No. 4716<br>YADIRA R. GIBSON, ESQ.<br>Nevada Bar No. 8637<br>2460 Professional Court, Suite 200<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

DATED this __7__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**